**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES, LLC** | : | **CIVIL ACTION** |
| **D/B/A Genesis Diagnostics** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PEACH STATE HEALTH PLAN, INC.,** | : | |
| **CENTENE CORPORATION, ABC** | : | |
| **COMPANIES 1-100, JOHN DOES 1-100** | : | **NO. 23-5065** |

## ORDER

**NOW**, this 9th day of October, 2024, upon consideration of the Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 29), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for lack of personal jurisdiction.

TIMOTHY J. SAVAGE, J.